

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

# MEMO ENDORSED

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

*Application denied as
insofar as it covers
Castro's last known
address. See Order of September 6.
The investigative file and responses
to the
document
request
are due
October 12, 2007.
SO ORDERED  /s/ USDJ
                                    9-7-07*

RECEIVED
SEP 07 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

September 5, 2007

The Honorable Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Disla v. City of New York et al.
     07 CV 4827

Your Honor:

   I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City and Horn in the above-referenced civil rights matter.

   We are in receipt of the plaintiff's letter to Your Honor dated August 30, 2007. As a threshold matter, the City does agree to accept service on behalf of defendant Castro.

   Secondly, as clearly articulated to plaintiff's counsel, the City is still in the process of marshalling documents pertinent to the specific subject matter of this lawsuit. As such, we promptly agreed to plaintiff's request for an extension of time to amend his complaint.

   Accordingly, it is respectfully requested that the City be granted 45 additional days to comply with plaintiff's discovery responses.

   We thank the Court for its consideration.

Very truly yours,

*Joyce Campbell Privéterre*

Joyce Campbell Privéterre
Assistant Corporation Counsel

**Via Facsimile (718) 852-3586**
Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiffs
71 Nevins Street
Brooklyn, New York 11217