SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------- x

CHRISTINE DISLA,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, CORRECTIONS OFFICERS CASTRO #11807,
CORRECTION OFFICER JOHN DOE #1-4,

                                      Defendants.

---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY HAND**

ECF Case

Docket No.: 07CV4827

State Of New York, County of Kings ss:

__TED BRAUNSTEIN__, being duly sworn, deposes and says:
*(Name of Server)*

    I am over 18 years of age and not a party to this action.

At __5:10__ AM/**PM** on __9-17-07__ at __100 Church Ave.__
   *(Time)*                     *(Date)*                 *(Address)*

in the County of __NY__, City of New York, I served the attached
                  *(Name of County)*

__Summons & Complaint__ in this matter on __City of NY C.O. Castro #11807__
                                             *(Name of Defendant as shown above)*

by delivering the said **SUMMONS AND COMPLAINT** to:

__Jerry Bradshaw__
*(Name of actual person with whom the SUMMONS was left)*

☐ the said defendant in person,
or
☒ of the known to me to be the __Representative__ of the __Corp Counsel of City of NY__
                              *(Title)*                        *(Corporation/Partnership)*

**Description of Individual Served in Person:**

Sex: __M__    Color of Skin: __Bl__    Color of Hair: __Bl__

Approximate Age: __30__    Approximate Weight: __180__    Approximate Height: __6' 0"__

Sworn to before me this __18__ day of __Sept__ 2007

_____
*(Notary Public or Court Employee and Title)*

__Ted Braunstein__
*(Signature of Deponent)*

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in Kings County
Commission Expires July 23, 2011

CIV-GP-18-J (Revised 5/04)

Jerry Bradshaw