**MEMO ENDORSED**

**STOLL, GLICKMAN & BELLINA** ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com





USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/17

Honorable Judge Kevin P. Castel                                October 25, 2007
United States District Judge, SDNY
500 Pearl Street
New York, New York 10007

Re: <u>Christine Disla v. City of New York et al</u>. 07 CV 4827 (KPC)

Your Honor –

   Plaintiff writes to ask the court for a clarification of its October 19 order and for an extension of time for discovery. Defendants consent to the discovery extension request.

   On October 17, plaintiff wrote to the court asking for an extension of its time to amend the complaint. We noted that the discovery we needed to identify new officers had not been produced by defendants. The court issued an order extending the time for defendants to answer to December 10, 2007. Respectfully, plaintiff asks the court to clarify whether we have an additional 30 days to amend the complaint.

   In addition, the October 17 letter neglected to ask for additional time for discovery. As the letter noted, the investigation of this incident is still pending, according to defendants' counsel, and expect to be able to turn it over in two to three weeks. The current deadline is November 1. We respectfully request that the deadline be extended to January 21, 2008. The parties will need the additional time to review the discovery that has not been produced, amend the complaint and answer, and conduct depositions.

*Counsel for all parties are to appear for a pretrial conference on November 6, 2007 at 10:00a.m. The parties are directed to meet and confer on all outstanding discovery issues prior to the conference. SO ORDERED.*

/s/ Castel
USDJ
10-29-07

We thank the court for its consideration.

Sincerely,

Leo Glickman

CC: ACC Joyce Campbell-Priveterre
New York City Law Dept
100 Church Street, Fl. 4
New York, NY 10007