UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHRISTINE DISLA,

                                                  Plaintiff,       **PLAINTIFF'S NOTICE OF MOTION TO COMPEL**

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,    DOCKET # 07 CV 4827(KPC)
CORRECTION OFFICER CASTRO #11807,
CORRECTION OFFICER "JOHN DOE" ##1-4

                                             Defendants.      ECF CASE

------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the annexed Affidavit and Declaration of Leo Glickman, dated February 22, 2008, Memorandum of Law, and upon all the papers and proceedings had herein, plaintiff will move this Court, before the Honorable Kevin P. Castel, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY for an order pursuant to Rule 37(b)(2)(a) and 37(a) of the Federal Rules of Civil Procedure to compel production of the investigative file of the incident that is the subject of this lawsuit, reasonable expenses in connection with this motion, and any other relief the Court deems proper and just.

DATED:     Brooklyn, New York                 Stoll, Glickman & Bellina, LLP
               February 22, 2008                  Attorneys for Plaintiff
                                                      71 Nevins Street
                                                      Brooklyn, NY 11217
                                                      (718) 852-3710
                                                      lglickman@stollglickman.com

                                                      BY: _/s/ Leo Glickman_
                                                          Leo Glickman (LG3644)