UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

CHRISTINE DISLA,

                                             Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
CORRECTION OFFICER CASTRO #11807,
CORRECTION OFFICER "JOHN DOE" ##1-4

                                           Defendants.

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

DOCKET # 07 CV 4827(KPC)

------------------------------------------------------------- X   ECF CASE

**LEO GLICKMAN** declares the following, pursuant to 28 U.S.C. § 1746:

1.    I am the attorney for the plaintiff in the above-captioned action. As such, I am familiar with the facts stated below and submit this declaration to place the relevant documents on the record.

2.    Attached are the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A | September 6, 2007 court order |
| Exhibit B | October 13, 2007 letter from plaintiff's counsel to defendants' counsel |
| Exhibit C | November 19, 2007 court order |
| Exhibit D | January 18, 2008 letter from plaintiff's counsel to defendants' counsel |
| Exhibit E | January 18, 2008 letter from defendants' counsel to plaintiff's counsel |
| Exhibit F | February 5, 2008 court order |

Exhibit G        DOI Closing Memorandum

Exhibit H        February 18, 2008 letter from plaintiff's counsel to defendants' counsel

DATED:   Brooklyn, New York
         February 22, 2008

                                                      **Stoll, Glickman & Bellina, LLP**
                                                      Attorneys for Plaintiff
                                                      71 Nevins Street
                                                      Brooklyn, NY 11217
                                                      (718) 852-0507
                                                      lglickman@stollglickman.com
                                                      BY: _____
                                                      Leo Glickman (LG3644)

Case 1:07-cv-04827-PKC    Document 17    Filed 02/22/2008    Page 3 of 3