```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO                 3356
DEPT. ID                 0000001
RECIPIENT ADDRESS        912127889776
DESTINATION ID
ST. TIME                 10/13 13:16
TIME USE                 00'13
PAGES SENT               1
RESULT                   OK
```

# STOLL, GLICKMAN & BELLINA™ ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Law Department of the City of New York
Attn: ACC Joyce Campbell Priveterre
100 Church St
New York, NY 10007
BY FAX: 212-788-9776

October 13, 2007

Re: <u>Disla v. City of New York et al</u>. 07 CV 4827

Dear ACC Priveterre-

You have not responded to our discovery demands, dated August 8, 2007. Per court order dated September 7, 2007, you were to produce the investigative file and respond to our discovery requests by October 12. Please produce the file and responses to my discovery demands by October 16, 2007, or I will ask the court to compel a response.

Thank you.

Sincerely,

Leo Glickman

**STOLL, GLICKMAN & BELLINA** LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Law Department of the City of New York
Attn: ACC Joyce Campbell Priveterre
100 Church St
New York, NY 10007
BY FAX: 212-788-9776

October 13, 2007

Re: <u>Disla v. City of New York</u> et al. 07 CV 4827

Dear ACC Priveterre-

You have not responded to our discovery demands, dated August 8, 2007. Per court order dated September 7, 2007, you were to produce the investigative file and respond to our discovery requests by October 12. Please produce the file and responses to my discovery demands by October 16, 2007, or I will ask the court to compel a response.

Thank you.

Sincerely,

Leo Glickman