02/22/2008 12:29 IFAX astoll@nyc.rr.com → Nikki.Sherrod ☑001/002

**STOLL, GLICKMAN**
**& BELLINA** LLP ATTORNEYS
AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Law Department of the City of New York
Attn:  ACC Joyce Campbell Priveterre                              January 18, 2008
100 Church St
New York, NY 10007
BY FAX:212-788-9776

Re:  Disla v. City of New York et al. 07 CV 4827

Dear ACC Campbell Priveterre-

In August, 2007, you indicated that the investigative file of this case would be produced in 45 days.  In October, 2007, you indicated for the first time that the investigation was still pending, but it was about to close and you would produce it in "two to three weeks". In November, the judge ordered that I may move to compel production of the file if we do not receive it by January 8, 2008.  On January 9, you indicated that you had been out sick since December 21 and had just returned, but you would "endeavor" to speak to your correction liaison.  On Tuesday January 15, you had still not endeavored to speak to the liaison, but you told me in a phone conversation that you would that day.  You said you would let me know the status after speaking to her.

I still have not heard from you.  If I do not receive a reasonable date for production of the file by close of business Monday, January 21, I will ask the court to move for its production on Tuesday.

I look forward to your response.  Thank you.

Sincerely,


Leo Glickman