

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

January 18, 2008

**Via Facsimile**
Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York 11217

Re: <u>Disla v. City of New York et al.</u>
07 CV 4827

Dear Counselor:

Having endeavored to speak with the Inspector General's office concerning the production of the investigative file, I can now advise that the matter will be closed by Tuesday, January 22, 2008. I have further been informed that I will receive the subject investigative report by February 8, 2008.

As our offices are closed on Monday, January 21, 2008, in remembrance of Dr. Martin Luther King, Jr., please contact me by close of business today if you decide to move to compel.

Very truly yours,

Joyce Campbell Privéterre
Assistant Corporation Counsel



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
FACSIMILE TRANSMISSION

TO:

Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiffs
71 Nevins Street
Brooklyn, NY 11217

FROM:

Joyce Campbell Privéterre, Esq.
Special Federal Litigation Division
100 Church Street
Phone: 212.788.1277
Fax: 212.788.9776

FAX #:   (718) 852-3586

DATE:   January 18, 2008

RE:   07 CV 4827

You should receive 2 page(s), including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

Message: