EXHIBIT E



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

**MEMO ENDORSED**

January 24, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

<u>Via Facsimile</u>
Honorable Judge Kevin P. Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   <u>Christine Disla a/k/a/ Joey Smith v. City et al.</u>
           07 CV 4827 (KPC)

Your Honor:

    I write in response to Mr. Glickman's correspondence of today's date, regarding the investigative file of the subject incident.

    As a threshold matter, I have endeavored to update counsel of my continuing efforts to obtain these records, which the Department of Correction will not release until the matter has been administratively closed.

    Accordingly, on October 15, 2007, I notified counsel that the Department of Correction's First Deputy General Counsel had informed me that that the investigation was still pending.

    On November 8, 2007, I again notified counsel that I had been advised by the Department of Correction that the investigation had not concluded.

    On January 9, 2008, I did apprise counsel that I had been on sick leave, and as such, I had not followed with my Department of Correction liaison in December.

    However, on January 18, 2008, I informed counsel that I had spoken with the Inspector General's office to expedite the production of the investigative file, and that I had been advised the matter would be administratively closed by January 22, 2008. I further informed counsel that I was informed I would receive the subject report by February 8, 2008.

Fully cognizant that Your Honor had ordered plaintiff to move for production of the file if it were not produced by January 8, 2008, I have communicated to counsel my anticipated date of receipt solely based upon representations made by my liaison. At all times, I have endeavored in good faith to obtain these records-- which are not within Corporation Counsel's custody or control.

Very truly yours,

*Joyce Campbell Priveterre*

Joyce Campbell Priveterre
Assistant Corporation Counsel

**Via Facsimile**
Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York 11217

*[Handwritten note:]* Time for production of IG related materials extended to February 14, 2008. If not produced by then, plaintiff may file a motion. SO ORDERED.
USDJ
2-5-08

2