```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4151
DEPT. ID              0000033
RECIPIENT ADDRESS     912127889776
DESTINATION ID
ST. TIME              02/18 12:23
TIME USE              00'13
PAGES SENT            1
RESULT                OK
```

# STOLL, GLICKMAN & BELLINA℠ ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Law Department of the City of New York
Attn: ACC Joyce Campbell Priveterre
100 Church St
New York, NY 10007
BY FAX: 212-788-9776

February 18, 2008

Re: <u>Disla v. City of New York et al</u>. 07 CV 4827

Dear ACC Campbell Priveterre-

I have received the "Closing Memorandum" from DOI's Correctional Services Unit. We request that you remove the redactions or explain why the information must be redacted. For example, you have redacted the NYSID numbers for each witness inmate. Since the charged against each do not appear to have been dismissed, there is no reason why that information should be redacted.

In addition, we will be filing our Motion to Compel for the file underlying this memorandum, per the court's order.

I look forward to your response. Thank you.

Sincerely,



**STOLL, GLICKMAN & BELLINA** LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Law Department of the City of New York
Attn: ACC Joyce Campbell Priveterre
100 Church St
New York, NY 10007
BY FAX:212-788-9776

February 18, 2008

Re: <u>Disla v. City of New York et al</u>. 07 CV 4827

Dear ACC Campbell Priveterre-

I have received the "Closing Memorandum" from DOI's Correctional Services Unit. We request that you remove the redactions or explain why the information must be redacted. For example, you have redacted the NYSID numbers for each witness inmate. Since the charged against each do not appear to have been dismissed, there is no reason why that information should be redacted.

In addition, we will be filing our Motion to Compel for the file underlying this memorandum, per the court's order.

I look forward to your response. Thank you.

Sincerely,

Leo Glickman