UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINE DISLA,

                Plaintiff,

    -against-

CITY OF NEW YORK.

                Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

07 Civ. 4827(PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        I have Mr. Glickman's letter of February 28 outlining discovery disputes not covered by the pending motion to compel. Ms. Campbell-Priveteree is directed to telephone Mr. Glickman upon receipt of this Order to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow the outstanding discovery disputes. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than March 21, 2008 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. This procedure governs all future disputes.

        SO ORDERED.

                                          P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       March 4, 2008