Case 1:07-cv-04827-PKC    Document 19    Filed 03/13/2008    Page 1 of 1
2/22/2008 12:24 IFAX astoll@nyc.rr.com → Nikki.Sherrod                    ☒001/001
Case 1:07-cv-04827-PKC    Document 13    Filed 02/22/2008    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

CHRISTINE DISLA,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
CORRECTION OFFICER CASTRO #11807,
CORRECTION OFFICER "JOHN DOE" ##1-4

                                        Defendants.

------------------------------------------------------------- x

**PLAINTIFF'S NOTICE OF MOTION TO COMPEL**

DOCKET # 07 CV 4827(KPC)

ECF CASE

PLEASE TAKE NOTICE that upon the annexed Affidavit and Declaration of Leo Glickman, dated February 22, 2008, Memorandum of Law, and upon all the papers and proceedings had herein, plaintiff will move this Court, before the Honorable Kevin P. Castel, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY for an order pursuant to Rule 37(b)(2)(a) and 37(a) of the Federal Rules of Civil Procedure to compel production of the investigative file of the incident that is the subject of this lawsuit, reasonable expenses in connection with this motion, and any other relief the Court deems proper and just.

DATED:    Brooklyn, New York
               February 22, 2008

Stoll, Glickman & Bellina, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710
lglickman@stollglickman.com

BY: _____
      Leo Glickman (LG3644)

*[Handwritten note from judge:]* I generously accepted defendants' explanation and representations regarding the IG-related materials — See Order of Feb 5, 2008. I now grant the unopposed motion to compel in its entirety; I expect this Order to be fully complied with within five (5) days. SO ORDERED.

/s/ [signature]
USDJ
3-12-08