```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINE DISLA,                          :
                                          :
                    Plaintiff,            :    07 Civ. 4827 (PKC)
                                          :
         -against-                        :    ORDER
                                          :
THE CITY OF NEW YORK, et al.,             :
                                          :
                    Defendants.           :
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        I have the joint letter of March 24, 2008 and the letter of April 25, 2008. These are my rulings.

        1.     Complaints against defendant Castro by inmates and corrections employees which have been found to be unsubstantiated need not be produced.

        2.     Videotapes recorded from within 100 feet of the incident shall be reviewed for relevant content and, if found to contain any, shall be produced by defendants.

        3.     As to defendant Castro, any conviction for a felony with 10 years and any conviction regardless of age which has any bearing on truth or veracity of defendant Castro shall be disclosed by defendants.

        4.     Documents relating to substantiated allegations of sexual assault or sexual abuse against any employee of NYC DOC occurring at a holding facility at any courthouse in Bronx County within 36 months of the date of the alleged assault shall be produced by defendants.

5.      Defendant shall fax to Chambers its answer to the complaint and cause same to be filed with the Clerk of Court with proof that it was timely served upon plaintiff.

6.      The privilege log, tapes and shirt referred to in the third paragraph of the letter of April 25, 2008 shall be produced no later than May 7, 2008 at noon. All items referred to in paragraphs 1 through 4 hereof shall be produced by May 23, 2008.

7.      Fact discovery is extended to June 27, 2008 and expert discovery is extended to July 25, 2008.

8.      Failure to comply with any aspect of the foregoing will likely lead to sanctions under Rule 37, Fed. R. Civ. P.

9.      I will vacate the May 9, 2008 conference date. There will be a case management conference on July 2, 2008 at 11:00 a.m.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        May 1, 2008