UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CHRISINE DISLA a/k/a JOEY SMITH,

        Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

07 Civ. 4827 (PKC)

**ORDER OF DISMISSAL**

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 3, 2008