```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINE DISLA

                           Plaintiff,

    -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, CORRECTION OFFICER CASTRO #11807,
CORRECTION OFFICER JOHN DOE #1-4

                           Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 4827 (PKC)

       WHEREAS, plaintiff commenced this action by filing a complaint on or about June 6, 2007, alleging that defendants violated his federal civil and state common law rights; and

       WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

       WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.    Defendant City of New York hereby agrees to pay plaintiff the total sum of THIRTY FIVE THOUSAND DOLLARS ($35,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees, as follows. In consideration for the payment of this sum, plaintiff

agrees to the dismissal of all the claims against the City of New York, Horn and Castro, and to release the City of New York and any present or former employees or agents of the New York City Police Department and the City of New York, and their successors or assigns, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

   3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit Of No Liens.

   4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

   5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

   6. This Stipulation and Order contains all the terms and conditions agreed.

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      May 21, 2008

Leo Glickman, Esq.
Stoll, Glickman & Bellina
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, New York 11217
(914) 946-8100

By: _____
Leo Glickman (LG3644)
Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-148
New York, N.Y. 10007
(212) 788-1277

By: _____
Joyce Campbell Privéterre (JCP 1846)
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.

7-11-08